UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LORIE ESCOVEDO,

    Plaintiff,

v.                                                                               Civ. No. 21cv1211 KG/GJF

KILOLO KIJAKAZI, *Acting*
*Commissioner of the Social Security*
*Administration*,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

THIS MATTER is before the Court upon Defendant's Unopposed Motion to Remand for Further Proceedings. (Doc. 31). Having reviewed the Motion, and noting the concurrence of the parties, the Court FINDS the Motion to be well-taken and **GRANTS** it.

**IT IS THEREFORE ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further administrative proceedings.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE