UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LORIE ESCOVEDO,

    Plaintiff,

v.                                                                Civ. No. 21cv1211 KG/GJF

KILOLO KIJAKAZI, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith (Doc. 32), the Court enters this Final Order under Federal Rule of Civil Procedure 58, hereby resolving all issues previously existing between the parties.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE